# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

SHORT RECORD
Appeal No. 25-2328
Filed 08.04.2025

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER K. KAMON, et al.<br><br>Defendant. | Case No. 1:23-CR-00054(2)<br><br>Hon. Mary M. Rowland |

## NOTICE OF APPEAL

Defendant Christopher K. Kamon by and through his counsel of record, Michael V. Severo, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment and sentence entered on July 18, 2025 (Docket No. 162). A copy of the district court's order is attached for reference.

By: *Michael V. Severo*

Michael V. Severo (CA SBN: 072599)
THE SEVERO LAW FIRM
301 N. Lake Avenue, Suite 315
Pasadena, CA 91101
Ph: (626) 844-6400
Fax: (626) 844-6446
msevero@mvslaw.com
Attorney for Defendant Christopher K. Kamon

# UNITED STATES DISTRICT COURT

Northern District of Illinois

UNITED STATES OF AMERICA
v.
CHRISTOPHER K. KAMON

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 1:23-CR-00054(2)

USM Number: 30490-510

Michael Vincent Severo
Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s) 3s of the Superseding Indictment.

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18:1343.F Fraud By Wire, Radio, Or Television | 12/31/2020 | 3s |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) 1-12, 1s, 2s, and 4s-12s dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

July 14, 2025
Date of Imposition of Judgment

Mary M Rowland

Signature of Judge
Mary M. Rowland, United States District Judge

July 18, 2025
Date

DEFENDANT: CHRISTOPHER K. KAMON
CASE NUMBER: 1:23-CR-00054(2)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Sixty-five (65) months as to count 3s of the Superseding Indictment. Term to run concurrent with the sentences imposed in Central District of California Docket Nos. 2:23CR24-1 and 2:23CR47-2.

☒ The court makes the following recommendations to the Bureau of Prisons: FCI Sheridan or other low security camp.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at on

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2:00 pm on

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: ______________________________________________________________________

______________________________________________________________________________________________

______________________________________________________________________________________________

Defendant delivered on ___________ to ________________________ at_____________________________, with a certified copy of this judgment.

_______________________________________
UNITED STATES MARSHAL

By _______________________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: CHRISTOPHER K. KAMON
CASE NUMBER: 1:23-CR-00054(2)

## MANDATORY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3583(d)

Upon release from imprisonment, you shall be on supervised release for a term of:
No Term of Supervised Release Imposed.

The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

☐ (1) you shall not commit another Federal, State, or local crime.
☐ (2) you shall not unlawfully possess a controlled substance.
☐ (3) you shall attend a public, private, or private nonprofit offender rehabilitation program that has been approved by the court, if an approved program is readily available within a 50-mile radius of your legal residence. [Use for a first conviction of a domestic violence crime, as defined in **§ 3561(b)**.]
☐ (4) you shall register and comply with all requirements of the Sex Offender Registration and Notification Act (**42 U.S.C. § 16913**).
☐ (5) you shall cooperate in the collection of a DNA sample if the collection of such a sample is required by law.
☐ (6) you shall refrain from any unlawful use of a controlled substance AND submit to one drug test within 15 days of release on supervised release and at least two periodic tests thereafter, up to 104 periodic tests for use of a controlled substance during each year of supervised release. [This mandatory condition may be ameliorated or suspended by the court for any defendant if reliable sentencing information indicates a low risk of future substance abuse by the defendant.]

## DISCRETIONARY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3563(b) AND 18 U.S.C § 3583(d)

**Discretionary Conditions** — The court orders that you abide by the following conditions during the term of supervised release because such conditions are reasonably related to the factors set forth in § **3553(a)(1)** and **(a)(2)(B), (C), and (D);** such conditions involve only such deprivations of liberty or property as are reasonably necessary for the purposes indicated in § **3553** **(a)(2) (B), (C), and (D);** and such conditions are consistent with any pertinent policy statement issued by the Sentencing Commission pursuant to **28 U.S.C. 994a**.
The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

☐ (1) you shall provide financial support to any dependents if you are financially able to do so.
☐ (2) you shall make restitution to a victim of the offense under **§ 3556** (but not subject to the limitation of **§ 3663(a)** or **§ 3663A(c)(1)(A)**).
☐ (3) you shall give to the victims of the offense notice pursuant to the provisions of **§ 3555**, as follows:
☐ (4) you shall seek, and work conscientiously at, lawful employment or, if you are not gainfully employed, you shall pursue conscientiously a course of study or vocational training that will equip you for employment.
☐ (5) you shall refrain from engaging in the following occupation, business, or profession bearing a reasonably direct relationship to the conduct constituting the offense, or engage in the following specified occupation, business, or profession only to a stated degree or under stated circumstances; (if checked yes, please indicate restriction(s)) .
☐ (6) you shall not knowingly meet or communicate with any person whom you know to be engaged, or planning to be engaged, in criminal activity and shall not:
  ☐ visit the following type of places: .
  ☐ knowingly meet or communicate with the following persons: .
☐ (7) you shall refrain from ☐ any or ☐ excessive use of alcohol (defined as ☐ having a blood alcohol concentration greater than 0.08; or ☐ ), and from any use of a narcotic drug or other controlled substance, as defined in **§ 102** of the Controlled Substances Act (**21 U.S.C. § 802**), without a prescription by a licensed medical practitioner.
☐ (8) you shall not possess a firearm, destructive device, or other dangerous weapon.
☐ (9) ☐ you shall participate, at the direction of a probation officer, in a substance abuse treatment program, which may include urine testing up to a maximum of 104 tests per year.
  ☐ you shall participate, at the direction of a probation officer, in a mental health treatment program, and shall take any medications prescribed by the mental health treatment provider.
  ☐ you shall participate, at the direction of a probation officer, in medical care; (if checked yes, please specify:

DEFENDANT: CHRISTOPHER K. KAMON
CASE NUMBER: 1:23-CR-00054(2)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | $3,069,500.00 | $.00 | $.00 | $.00 |

☐ The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case* *(AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

Restitution of $3,069,500.00 to:

EDELSON P.C. C/O ALEX TIEVSKY
350 N. LASALLE ST.
CHICAGO, IL 60654

☒ Restitution amount ordered pursuant to plea agreement $ 3,069,500.00

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant **to 18 U.S.C. § 3612(f)**. All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the 3,069,500.00.

☐ the interest requirement for the is modified as follows:

☐ The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: CHRISTOPHER K. KAMON
CASE NUMBER: 1:23-CR-00054(2)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $3,069,600.00 due immediately.

☐ balance due not later than , or

☒ balance due in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal *(e.g. weekly, monthly, quarterly)* installments of $ over a period of *(e.g., months or years)*, to commence *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal *(e.g. weekly, monthly, quarterly)* installments of $ over a period of *(e.g., months or years)*, to commence *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties: you shall pay to the Clerk of the Court any financial obligation ordered herein that remains unpaid at the commencement of the term of supervised release, at a rate of not less than 10% of the total of your gross earnings minus federal and state income tax withholdings.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if Appropriate |
|---|---|---|---|
| Christopher K. Kamon 23 CR 54-2 | $3,069,500.00 | $3,069,500.00 | |
| David R. Lira 23 CR 54-3 | TBD | TBD | |

**See above for Defendant and Co-Defendant Names and Case Numbers (*including defendant number*), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.**

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

# UNITED STATES DISTRICT COURT
Northern District of Illinois

UNITED STATES OF AMERICA
**v.**
CHRISTOPHER K. KAMON

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 1:23-CR-00054(2)
USM Number: 30490-510

Michael Vincent Severo
Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s) 3s of the Superseding Indictment.
☐ pleaded nolo contendere to count(s) which was accepted by the court.
☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18:1343.F Fraud By Wire, Radio, Or Television | 12/31/2020 | 3s |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) 1-12, 1s, 2s, and 4s-12s dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

July 14, 2025
Date of Imposition of Judgment

Mary M Rowland

Signature of Judge
Mary M. Rowland, United States District Judge

July 18, 2025
Date

DEFENDANT: CHRISTOPHER K. KAMON
CASE NUMBER: 1:23-CR-00054(2)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Sixty-five (65) months as to count 3s of the Superseding Indictment. Term to run concurrent with the sentences imposed in Central District of California Docket Nos. 2:23CR24-1 and 2:23CR47-2.

☒ The court makes the following recommendations to the Bureau of Prisons: FCI Sheridan or other low security camp.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at on

- ☐ as notified by the United States Marshal.

- ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  - ☐ before 2:00 pm on
  - ☐ as notified by the United States Marshal.
  - ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: ________________________________________________________________

________________________________________________________________

________________________________________________________________

Defendant delivered on ___________ to ________________________ at_____________________________, with a certified copy of this judgment.

________________________________________
UNITED STATES MARSHAL

By ________________________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: CHRISTOPHER K. KAMON
CASE NUMBER: 1:23-CR-00054(2)

## MANDATORY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3583(d)

Upon release from imprisonment, you shall be on supervised release for a term of:
No Term of Supervised Release Imposed.

The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

☐ (1) you shall not commit another Federal, State, or local crime.
☐ (2) you shall not unlawfully possess a controlled substance.
☐ (3) you shall attend a public, private, or private nonprofit offender rehabilitation program that has been approved by the court, if an approved program is readily available within a 50-mile radius of your legal residence. [Use for a first conviction of a domestic violence crime, as defined in **§ 3561(b)**.]
☐ (4) you shall register and comply with all requirements of the Sex Offender Registration and Notification Act (**42 U.S.C. § 16913**).
☐ (5) you shall cooperate in the collection of a DNA sample if the collection of such a sample is required by law.
☐ (6) you shall refrain from any unlawful use of a controlled substance AND submit to one drug test within 15 days of release on supervised release and at least two periodic tests thereafter, up to 104 periodic tests for use of a controlled substance during each year of supervised release. [This mandatory condition may be ameliorated or suspended by the court for any defendant if reliable sentencing information indicates a low risk of future substance abuse by the defendant.]

## DISCRETIONARY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3563(b) AND 18 U.S.C § 3583(d)

**Discretionary Conditions —** The court orders that you abide by the following conditions during the term of supervised release because such conditions are reasonably related to the factors set forth in **§ 3553(a)(1)** and **(a)(2)(B), (C), and (D);** such conditions involve only such deprivations of liberty or property as are reasonably necessary for the purposes indicated in **§ 3553 (a)(2) (B), (C), and (D)**; and such conditions are consistent with any pertinent policy statement issued by the Sentencing Commission pursuant to **28 U.S.C. 994a**.
The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

☐ (1) you shall provide financial support to any dependents if you are financially able to do so.
☐ (2) you shall make restitution to a victim of the offense under **§ 3556** (but not subject to the limitation of **§ 3663(a)** or **§ 3663A(c)(1)(A)**).
☐ (3) you shall give to the victims of the offense notice pursuant to the provisions of **§ 3555**, as follows:
☐ (4) you shall seek, and work conscientiously at, lawful employment or, if you are not gainfully employed, you shall pursue conscientiously a course of study or vocational training that will equip you for employment.
☐ (5) you shall refrain from engaging in the following occupation, business, or profession bearing a reasonably direct relationship to the conduct constituting the offense, or engage in the following specified occupation, business, or profession only to a stated degree or under stated circumstances; (if checked yes, please indicate restriction(s)) .
☐ (6) you shall not knowingly meet or communicate with any person whom you know to be engaged, or planning to be engaged, in criminal activity and shall not:
- ☐ visit the following type of places: .
- ☐ knowingly meet or communicate with the following persons: .

☐ (7) you shall refrain from ☐ any or ☐ excessive use of alcohol (defined as ☐ having a blood alcohol concentration greater than 0.08; or ☐ ), and from any use of a narcotic drug or other controlled substance, as defined in **§ 102** of the Controlled Substances Act (**21 U.S.C. § 802**), without a prescription by a licensed medical practitioner.
☐ (8) you shall not possess a firearm, destructive device, or other dangerous weapon.
☐ (9) ☐ you shall participate, at the direction of a probation officer, in a substance abuse treatment program, which may include urine testing up to a maximum of 104 tests per year.
- ☐ you shall participate, at the direction of a probation officer, in a mental health treatment program, and shall take any medications prescribed by the mental health treatment provider.
- ☐ you shall participate, at the direction of a probation officer, in medical care; (if checked yes, please specify:

DEFENDANT: CHRISTOPHER K. KAMON
CASE NUMBER: 1:23-CR-00054(2)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | $3,069,500.00 | $.00 | $.00 | $.00 |

☐ The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

Restitution of $3,069,500.00 to:

EDELSON P.C. C/O ALEX TIEVSKY
350 N. LASALLE ST.
CHICAGO, IL 60654

☒ Restitution amount ordered pursuant to plea agreement $ 3,069,500.00

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant **to 18 U.S.C. § 3612(f)**. All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the 3,069,500.00.

☐ the interest requirement for the is modified as follows:

☐ The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: CHRISTOPHER K. KAMON
CASE NUMBER: 1:23-CR-00054(2)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $3,069,600.00 due immediately.

☐ balance due not later than , or

☒ balance due in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal (*e.g. weekly, monthly, quarterly)* installments of $ over a period of *(e.g., months or years)*, to commence *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal (*e.g. weekly, monthly, quarterly)* installments of $ over a period of *(e.g., months or years)*, to commence *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties: you shall pay to the Clerk of the Court any financial obligation ordered herein that remains unpaid at the commencement of the term of supervised release, at a rate of not less than 10% of the total of your gross earnings minus federal and state income tax withholdings.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

| **Case Number Defendant and Co-Defendant Names (including defendant number)** | **Total Amount** | **Joint and Several Amount** | **Corresponding Payee, if Appropriate** |
|---|---|---|---|
| Christopher K. Kamon 23 CR 54-2 | $3,069,500.00 | $3,069,500.00 | |
| David R. Lira 23 CR 54-3 | TBD | TBD | |

**See above for Defendant and Co-Defendant Names and Case Numbers (*including defendant number*), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.**

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

# United States District Court
# Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.3) (Chicago)
# CRIMINAL DOCKET FOR CASE #: 1:23-cr-00054-2
# Internal Use Only

Case title: USA v. Girardi et al

Date Filed: 02/01/2023

Date Terminated: 07/18/2025

---

Assigned to: Honorable Mary M. Rowland

**Defendant (2)**

**Christopher K. Kamon**
*TERMINATED: 07/18/2025*

represented by

**Allen L Lanstra**
Skadden, Arps, Slate, Meagher & Flom LLP
2000 Avenue of the Stars
Suite 200 N
Los Angeles, CA 90067
213-687-5000
Email: allen.lanstra@skadden.com
*TERMINATED: 10/10/2023*
*PRO HAC VICE*
*Designation: Retained*

**Jack Patrick DiCanio**
Skadden Arps Slate Meagher & Flom LLP
Ste. 14
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
Fax: Pro Hac Vice
Email: jack.dicanio@skadden.com
*TERMINATED: 10/10/2023*
*PRO HAC VICE*
*Designation: Retained*

**Matthew J Tako**
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
(213) 687-5108
Fax: Pro Hac Vice
Email: matthew.tako@skadden.com
*TERMINATED: 10/10/2023*
*PRO HAC VICE*
*Designation: Retained*

**Michael Vincent Severo , Sr.**
THE SEVERO LAW FIRM, A

PROFESSIONAL LAW CORPORATION
301 N. LAKE AVENUE
STE 315
PASADENA, CA 91101
(626) 844-6400
Fax: Pro Hac Vice
Email: msevero@mvslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**William Elliott Ridgway**
Skadden, Arps, Slate, Meagher & Flom LLP
320 S. Canal St.
Ste 47th Floor
Chicago, IL 60606-5707
312-407-0700
Fax: 312-407-0711
Email: william.ridgway@skadden.com
*TERMINATED: 10/10/2023*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| FRAUD BY WIRE, RADIO, OR TELEVISION (3s) | The defendant: pleaded guilty to count(s) 3s of the Superseding Indictment. Count(s) 1-12, 1s, 2s, and 4s-12s dismissed on the motion of the United States. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Sixty-five (65) months as to count 3s of the Superseding Indictment. Term to run concurrent with the sentences imposed in Central District of California Docket Nos. 2:23CR24-1 and 2:23CR47-2. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: No Term of Supervised Release Imposed. Criminal Monetary Penalties. Schedule of Payments. |
| FRAUD BY WIRE, RADIO, OR TELEVISION (4s-8s) | Dismissed |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| FRAUD BY WIRE, RADIO, OR TELEVISION (1-8) | Dismissed |

| | |
|---|---|
| FRAUD BY WIRE, RADIO, OR TELEVISION (1s-2s) | Dismissed |
| CRIMINAL CONTEMPT (9-12) | Dismissed |
| CRIMINAL CONTEMPT (9s-12s) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Fax: US Govt Attorney
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Fax: Not a member
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Probation Department**
.
408-5197
Fax: Not a member
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**Corey B. Rubenstein**
Gair Gallo Eberhard LLP
1 E. Wacker Dr.
Ste 2600
Chicago, IL 60601
312-600-4900
Email: crubenstein@gairgallo.com
*TERMINATED: 04/28/2025*
*Designation: Assistant US Attorney*

**Emily Cohen Rossi Vermylen**
DOJ-USAO
Northern District of Illinois
219 S. Dearborn St.
Ste 5th Floor
Chicago, IL 60604
312-469-6309
Email: emily.vermylen@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jared Hasten**
DOJ-USAO
219 S. Dearborn St.
Chicago, IL 60604
312-353-5354
Email: jared.hasten2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Thomas P Peabody**
U.S. Attorney's Office
219 S Dearborn Street
Chicago, IL 60661
(312) 353-4307
Fax: Not a member
Email: thomas.peabody@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 02/01/2023 | 1 | ☐ | INDICTMENT as to Thomas V. Girardi (1) count(s) 1-8, 9-12, Christopher K. Kamon (2) count(s) 1-8, 9-12, David R. Lira (3) count(s) 1-8, 9-12 (sxh, ) (Entered: 02/01/2023) |
| 02/01/2023 | 2 | | (Court only) UNREDACTED (SEALED) INDICTMENT as to defendant Thomas V. Girardi, Christopher K. Kamon, David R. Lira (sxh, ) (Entered: 02/01/2023) |
| 02/01/2023 | 3 | ☐ | DESIGNATION Sheet: FELONY (Category 3). (sxh, ) (Entered: 02/01/2023) |
| 02/01/2023 | 4 | ☐ | MINUTE entry before the Honorable Sunil R. Harjani:as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira; Bond to be determined at arraignment as to Thomas V. Girardi and David R. Lira. Defendant Christopher K. Kamon currently in custody at MDC- Los Angeles. The government will issue a writ at a later date to transfer custody. Additionally, the government respectfully requests that the arraignment for this defendant be held by video conferencing. The district court Clerk's Office is directed to forward a received stamped copy of this indictment to AUSA Corey Rubenstein (Corey.Rubenstein@USDOJ.gov) That reflects the date of return and the docket number assigned to this case as soon as possible. Mailed notice (sxh, ) (Entered: 02/01/2023) |

| | | | |
|---|---|---|---|
| 02/01/2023 | 5 | ☐ | NOTICE of Arraignment as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira before Honorable Jeffrey Cummings on 2/7/2023 at 11:00 AM. (sxh, ) (Entered: 02/01/2023) |
| 02/02/2023 | 8 | ☐ | ATTORNEY Designation for USA of Emily Cohen Rossi Vermylen (Vermylen, Emily) (Entered: 02/02/2023) |
| 02/03/2023 | 11 | | PRETRIAL Bail Report as to Christopher K. Kamon (SEALED) (Chapman, Kathryn) (Entered: 02/03/2023) |
| 02/07/2023 | 12 | ☐ | MINUTE entry before the Honorable Jeffrey Cummings:as to Christopher K. Kamon: At the parties' request, the arraignment hearing set for 2/7/23 is stricken and reset for 2/9/23 at 2:00 p.m. CST by video. Members of the public and media will be able to view the hearing by using the following Webex link: https://us-courts.webex.com/us-courts/j.php?MTID=mcc30355c9b6e10cf580636c0e4d2c097. The call-in number is: 1-650-479-3207; Access: 2315 678 6676. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. Mailed notice (cc, ) (Entered: 02/07/2023) |
| 02/08/2023 | 13 | ☐ | ATTORNEY Appearance for defendant Christopher K. Kamon by William Elliott Ridgway (Ridgway, William) (Entered: 02/08/2023) |
| 02/08/2023 | 14 | ☐ | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20329060. (DiCanio, Jack) (Entered: 02/08/2023) |
| 02/08/2023 | 15 | ☐ | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20329078. (Lanstra, Allen) (Entered: 02/08/2023) |
| 02/08/2023 | 16 | ☐ | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20329110. (Tako, Matthew) (Entered: 02/08/2023) |
| 02/08/2023 | 17 | ☐ | MINUTE entry before the Honorable Ronald A. Guzman as to Christopher K. Kamon: Attorneys Jack Patrick DiCanio, Allen L Lanstra and Matthew J Tako's motion to appear pro hac vice on behalf of Defendant Christopher K. Kamon 14 , 15 , 16 is granted. Mailed notice. (kp, ) (Entered: 02/08/2023) |
| 02/08/2023 | 18 | ☐ | ATTORNEY Appearance for defendant Christopher K. Kamon by Jack Patrick DiCanio (DiCanio, Jack) (Entered: 02/08/2023) |
| 02/08/2023 | 19 | ☐ | ATTORNEY Appearance for defendant Christopher K. Kamon by Allen L Lanstra (Lanstra, Allen) (Entered: 02/08/2023) |
| 02/08/2023 | 20 | ☐ | ATTORNEY Appearance for defendant Christopher K. Kamon by Matthew J Tako (Tako, Matthew) (Entered: 02/08/2023) |
| 02/09/2023 | 22 | ☐ | MINUTE entry before the Honorable Jeffrey Cummings:as to Christopher K. Kamon: Due to technical issues, the link for arraignment is no longer working. To join the 2/9/23 arraignment hearing, members of the public and media will be able to view the hearing by using the following Webex link: https://us-courts.webex.com/us-courts/j.php?MTID=mdd7dc5369d78f8f5c72e09e5b75a8d96 The call-in number is: 1-650-479-3207; Access: 2300 216 8034. Persons granted remote access to |

| | | | |
|---|---|---|---|
| | | | proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. Mailed notice (cc, ) (Entered: 02/09/2023) |
| 02/09/2023 | | | ORAL MOTION by USA for pretrial detention as to Christopher K. Kamon. (jn, ) (Entered: 02/10/2023) |
| 02/09/2023 | 23 | ☐ | ORDER as to Christopher K. Kamon: Initial appearance proceedings held. By agreement and consent of all the parties and pursuant to the CARES Act, all parties and their counsel appear by video conference. Defendant, Christopher Kamon, appears for his arraignment on 2/9/23. Defendant is advised of his rights and informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. Arraignment proceedings held. Defendant acknowledges receipt of the Indictment, waives formal reading, and enters a plea of not guilty to each count in which he is named. Pursuant to Fed. R. Crim. P. 5(f)(1), the Court confirms the government's obligations under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny that it has the affirmative duty to disclose both impeachment and exculpatory evidence favorable to a defendant and material to guilt and/or punishment, and further acknowledged that possible consequences for the failure to timely comply with this obligation may include the exclusion of a witness or witnesses, limitations on the scope of permitted testimony, adverse instructions to the jury, sanctions, a mistrial, or dismissal of the indictment. Government moves for pretrial detention and the Court finds that a detention hearing is warranted pursuant to 18 U.S.C. §3142(f)(2)(A). Defendant waives his right to a detention hearing without prejudice. The Government's oral motion for pretrial detention is granted. Status hearing before Judge Guzman set for 2/14/2023 at 10:30 a.m. Without objection, the time from 2/9/23 through 2/14/23 is excluded under 18 U.S.C. §3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the time that is reasonably necessary for effective preparation. Such delay outweighs the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case. Defendant shall be remanded into the custody of the United States Marshals Service until further order of the Court. Signed by the Honorable Jeffrey Cummings on 2/9/2023. Mailed notice. (jn, ) (Entered: 02/10/2023) |
| 02/10/2023 | 24 | ☐ | MINUTE entry before the Honorable Ronald A. Guzmanas to Christopher K. Kamon: On the Court's own motion, the status hearing set for 2/14/2023 is stricken and reset to 2/14/2023 at 10:00 a.m. (TIME CHANGE ONLY) The hearing will be in person. Mailed notice. (kp, ) (Entered: 02/10/2023) |
| 02/13/2023 | 25 | ☐ | MOTION by USA for protective order as to Christopher K. Kamon, David R. Lira *Agreed Motion for Protective Order* (Rubenstein, Corey) (Entered: 02/13/2023) |
| 02/14/2023 | 28 | ☐ | MINUTE entry before the Honorable Ronald A. Guzman as to Christopher Kamon, David Lira: Status hearing held and continued to 4/13/2023 at 10:00 a.m. Defense counsels waived the appearance for Christopher Kamon and David Lira for today and on the next status |

| | | | |
|---|---|---|---|
| | | | hearing. Motion hearing held. Government's motion for entry of agreed protective order governing discovery 25 is granted. Without objection, time is excluded from 2/14/2023 until 4/13/2023 in the interest of justice for trial preparation and because delay outweighs the interests of the parties and the public in a speedy trial, given the need to protect the health and safety of defendant, defense counsel, prosecutors, court staff, and the public by reducing the number of in-person hearings to the greatest extent possible. The hearing will be in person. Mailed notice. (kp, ) (Entered: 02/14/2023) |
| 02/14/2023 | 29 | ☐ | PROTECTIVE ORDER GOVERNING DISCOVERY. Signed by the Honorable Ronald A. Guzman on 2/14/23. Mailed notice. (kp, ) (Entered: 02/14/2023) |
| 02/22/2023 | 33 | ☐ | MOTION by USAAgreed Motion for Early Return of Trial Subpoenas as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira (Rubenstein, Corey) (Entered: 02/22/2023) |
| 02/22/2023 | 34 | ☐ | MINUTE entry before the Honorable Ronald A. Guzman as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira: The parties' agreed motion for early return of trial subpoenas 33 is granted. Mailed notice. (kp, ) (Entered: 02/22/2023) |
| 03/15/2023 | 50 | ☐ | MOTION by USA for protective order as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira *Agreed Motion for Protective Order (as to Defendant Girardi)* (Rubenstein, Corey) (Entered: 03/15/2023) |
| 03/15/2023 | 51 | ☐ | MINUTE entry before the Honorable Ronald A. Guzman as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira: Government's motion for entry of agreed protective order governing discovery 50 is granted. Mailed notice. (kp, ) (Entered: 03/15/2023) |
| 03/15/2023 | 52 | ☐ | PROTECTIVE ORDER GOVERNING DISCOVERY as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira. Signed by the Honorable Ronald A. Guzman on 3/15/23. Mailed notice. (kp, ) (Entered: 03/15/2023) |
| 04/13/2023 | 55 | ☐ | MINUTE entry before the Honorable Ronald A. Guzman as to Christopher K. Kamon, David R. Lira: In-person status hearing held and continued to 6/6/2023 at 10:00 a.m. Defense counsels waived the appearance for Christopher Kamon and David Lira for today and on the next status hearing. Without objection, time is excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)-(B) and United States v. O'Connor, No. 09-2476 (7th Cir. Sept. 1, 2011), from 4/13/2023 to and including 6/6/2023. Mailed notice. (kp, ) (Entered: 04/13/2023) |
| 05/04/2023 | 57 | ☐ | EXECUTIVE COMMITTEE ORDER: It appearing that the following cases are currently assigned to the Hon. Ronald A. Guzman. Judge Guzman has requested that these cases be reassigned to another judge of this Court pursuant to 28 USC §294(b); therefore IT IS HEREBY ORDERED THAT the Clerk of Court shall reassign the cases listed below to the district judges of this Court. Case reassigned to the Honorable Mary M. Rowland for all further proceedings. Honorable Ronald A. Guzman no longer assigned to the case. Signed by Executive Committee on 5/4/23. (aee, ) (Entered: 05/12/2023) |

| | | | |
|---|---|---|---|
| 05/15/2023 | 58 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira: This case has been reassigned to Judge Rowland. In person status set for 6/6/23 is stricken and reset to 6/1/23 at 10:00 AM. The status is in person and defendants' appearances are waived. Mailed notice. (dm, ) (Entered: 05/15/2023) |
| 05/23/2023 | 59 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira: By agreement of the parties, in-person status hearing set for 6/1/23 is stricken and reset to 6/21/23 at 8:45am. Defendants' appearances are waived. Without objection, time is excluded until 6/21/23 due to the complexity of the case, the need for reasonable time for counsel's effective preparation, and the pendency of competency proceedings for Thomas Girardi. Mailed notice. (dm, ) (Entered: 05/23/2023) |
| 06/21/2023 | 60 | ☐ | MINUTE entry before the Ilana Diamond Rovner as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira: In-person status hearing held and continued to 9/20/23 at 8:45am. Defendants' appearances were waived for today and the next status hearing. Government reported on the status of this case and the case pending in the Central District of California. Government to produce competency reports in its possession to counsel for Defendant Girardi today. Defendant Girardi reserves the right to object to competency evaluation report produced in the Central District of California and to seek further competency evaluations. The Government reported a large amount of discovery has been produced and a voluminous production of emails is forthcoming. Without objection, time is excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)-(B) and United States v. O'Connor, No. 09-2476 (7th Cir. Sept. 1, 2011) until 9/20/2023. Mailed notice. (dm, ) (Entered: 06/21/2023) |
| 06/21/2023 | 61 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira : Minute entry 60 is modified to reflect the correct Judge: In-person status hearing held and continued to 9/20/23 at 8:45am. Defendants' appearances were waived for today and the next status hearing. Government reported on the status of this case and the case pending in the Central District of California. Government to produce competency reports in its possession to counsel for Defendant Girardi today. Defendant Girardi reserves the right to object to competency evaluation report produced in the Central District of California and to seek further competency evaluations. The Government reported a large amount of discovery has been produced and a voluminous production of emails is forthcoming. Without objection, time is excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)-(B) and United States v. O'Connor, No. 09-2476 (7th Cir. Sept. 1, 2011) until 9/20/2023. Mailed notice. (dm, ) (Entered: 06/21/2023) |
| 07/19/2023 | 62 | ☐ | TRANSCRIPT OF PROCEEDINGS as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira held on 6/21/23, before the Honorable Mary M. Rowland. Status hearing. Order Number: 46165. Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053. |

| | | | |
|---|---|---|---|
| | | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 8/9/2023. Redacted Transcript Deadline set for 8/21/2023. Release of Transcript Restriction set for 10/17/2023. (Renke, Laura) (Entered: 07/19/2023) |
| 09/20/2023 | 63 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira: In-person status hearing held and continued to 1/18/24 at 8:45am. Defendants' appearances were waived for today and the next status hearing. Government reported on the status of production in this case and the status of the case pending in the Central District of California. Government further reported a superseding indictment as to Defendant Lira is forthcoming. Government requests to set a trial date. At the defendants' request, the court will not set a trial date at this time. Parties shall file a written status report updating the court on the status of this case and any updates on competency decision by 12/8/23. Without objection, time is excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)-(B) and United States v. O'Connor, No. 09-2476 (7th Cir. Sept. 1, 2011) until 1/18/2024. Mailed notice. (dm, ) (Entered: 09/20/2023) |
| 09/22/2023 | 64 | ☐ | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21131287.<br><br>(Severo, Michael) (Entered: 09/22/2023) |
| 09/26/2023 | 65 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Christopher K. Kamon (2): Motion to appear pro hac vice by Michael Vincent Severo, Sr 64 is granted. Counsel is reminded to become familiar with this court's local rules. Mailed notice. (dm, ) (Entered: 09/26/2023) |
| 10/06/2023 | 66 | ☐ | MOTION by Christopher K. Kamon to substitute attorney *Michael V. Severo*<br><br>(Severo, Michael) (Entered: 10/06/2023) |
| 10/10/2023 | 67 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Christopher K. Kamon (2): Defendant Kamon's motion to substitute counsel 66 is granted. Attorneys Jack P. DiCanio, William E. Ridgway, Allan L. Lanstra, and Matthew J. Tako are granted leave to withdraw and Attorney Michael V. Severo is granted leave to file his appearance on behalf of Defendant Kamon. Mailed notice. (dm, ) (Entered: 10/10/2023) |
| 10/10/2023 | 68 | ☐ | ATTORNEY Appearance for defendant Christopher K. Kamon by Michael Vincent Severo, Sr (Severo, Michael) (Entered: 10/10/2023) |
| 11/15/2023 | 69 | ☐ | SUPERSEDING INDICTMENT as to Thomas V. Girardi (1) count(s) 1s-8s, 9s-12s, Christopher K. Kamon (2) count(s) 1s-8s, 9s-12s, David R. Lira (3) count(s) 1s-8s, 9s-12s, 13s-14s. (jb, ) Modified on 11/21/2023 (jb, ). (Entered: 11/17/2023) |

| | | | |
|---|---|---|---|
| 11/15/2023 | 70 | | (Court only) UNREDACTED (SEALED) INDICTMENT as to defendants Thomas V. Girardi, Christopher K. Kamon, David R. Lira. (jb, ) (Entered: 11/17/2023) |
| 11/15/2023 | 71 | | DESIGNATION Sheet: FELONY (Category 3). (jb, ) (Entered: 11/17/2023) |
| 11/15/2023 | 72 | | MINUTE entry before the Honorable Sunil R. Harjani: Bond set by Magistrate to stand as bond in this instance as to Thomas V. Girardi, and David R. Lira. No bond set; detained by Magistrate Judge as to Christopher K. Kamon. Mailed notice. (jb, ) (Entered: 11/17/2023) |
| 11/22/2023 | 74 | | MINUTE entry before the Honorable Jeannice W. Appenteng: A telephonic status hearing is set for 11/28/2023 at 11:00 a.m. Central Time. The call-in number for the hearing is (888) 684-8852 and the access code is 3845300. Mailed notice. (kl, ) (Entered: 11/22/2023) |
| 11/28/2023 | 76 | | MINUTE entry before the Honorable Jeannice W. Appenteng: Telephonic status hearing held. Defendants' appearances were waived. Arraignment on superseding indictment 69 for Defendants Christopher Kamon and David Lira set for 11/29/2023 at 1:30 p.m. via Webex video conference. The dial-in number for the public is: 650-479-3207; access code is: 98029517. The parties will receive a WebEx invitation by email. Arraignment for Defendant Thomas Girardi to be set at a later date in light of Defendant Girardi's pending competency decision. The parties' 12/8/2023 status report deadline stands. The Court noted that time has been excluded until 1/18/2024 63 . Mailed notice. (kl, ) (Entered: 11/28/2023) |
| 11/28/2023 | 77 | | WAIVER of APPEARANCE AT ARRAIGNMENT by Christopher K. Kamon (Severo, Michael) (Entered: 11/28/2023) |
| 11/28/2023 | 78 | | WAIVER of APPEARANCE by Christopher K. Kamon (Severo, Michael) (Entered: 11/28/2023) |
| 11/29/2023 | 79 | | MINUTE entry before the Honorable Jeannice W. Appenteng as to Christopher K. Kamon: Arraignment held on 11/29/2023. Defendant Kamon filed a waiver of appearance and his attorney appeared on his behalf. Defendant waived formal reading of the superseding indictment and entered plea of not guilty to all counts. Defendant to remain in custody. Time has been excluded until 1/18/2024 for the reasons noted in the Court's 9/20/2023 order 63 . Mailed notice. (kl, ) (Entered: 11/29/2023) |
| 12/06/2023 | 81 | | STATUS REPORT *Joint Status Report* by USA as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira<br><br>(Rubenstein, Corey) (Entered: 12/06/2023) |
| 12/07/2023 | 82 | | MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira : The court has reviewed the joint status report. Parties reported on the status of defendant GIRARDI's competency proceedings in his case pending in the Central District of California. In person status remains set for 1/18/2024. Parties should be prepared to report on whether the court has ruled on defendant GIRARDI's competency in the California case. Mailed notice. (dm, ) (Entered: 12/07/2023) |

| | | | |
|---|---|---|---|
| 01/12/2024 | 85 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira: By agreement of the parties, in person status set for 1/18/24 is stricken and reset to 2/2/24 at 10:00 am. Without objection, time is excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)-(B) and United States v. O'Connor, No. 09-2476 (7th Cir. Sept. 1, 2011) until 2/2/2024. Mailed notice. (dm, ) (Entered: 01/12/2024) |
| 01/26/2024 | 86 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira : The court converts the in-person status hearing on 2/2/24 at 10:00 AM to a telephonic hearing. The call-in number is 866-434-5269; access code 3751971. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (dm, ) (Entered: 01/26/2024) |
| 02/02/2024 | 89 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Christopher K. Kamon: Telephonic status hearing held. The Government and defense counsel appeared telephonically. Defendants' appearances were waived for today and the next status hearing. Government reported a trial has been set for May 21, 2024 as to Defendants Girardi and Kamon in the Central District of California. The government and defendant Kamon are discussing a global resolution that may resolve this case. Parties are ready to set a trial date. Jury trial set for 3/3/2025 at 09:00 AM. The Court will reserve 2 weeks for trial, including jury selection. THIS TRIAL DATE WILL NOT BE RESET. Pretrial Order to follow. Telephonic status is continued to 6/11/24 at 9:00am. The call-in number is 866-434-5269; access code 3751971. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Without objection, time is excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)-(B) and United States v. O'Connor, No. 09-2476 (7th Cir. Sept. 1, 2011) until 6/11/2024. Mailed notice. (dm, ) (Entered: 02/02/2024) |
| 02/08/2024 | 91 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Christopher K. Kamon, David R. Lira: Final pretrial conference set for 2/18/2025 at 1:30 pm. The parties are directed to review and comply with Judge Rowland's standing order for criminal jury trials, which is available on Judge Rowland's webpage located on the Court's website at www.ilnd.uscourts.gov. All motions in limine and any Santiago motions due by 1/27/2025. Responses to motions in limine and Santiago motions due by 2/3/2025. The parties' joint pretrial statement, joint document |

| | | | |
|---|---|---|---|
| | | | regarding proposed voir dire questions, and joint document regarding proposed jury instructions and verdict forms due by 2/7/2025. By 2/7/2025, the parties must provide the Court with an exhibit binder containing copies of the objected-to exhibits, as well as one USB or electronic storage device containing all proposed exhibits (whether objected to or not). After the pretrial conference and rulings on exhibits, parties are to provide the final, pre-marked exhibits along with an exhibit list on two USBs or two electronic storage devices to the Court by 2/28/2025. (Any required delivery should be to the courtroom deputy (Room 1226) by 5:00pm on the due date). Parties will be responsible for filing a final exhibit list on the docket at the close of evidence at trial. At least three weeks prior to trial, the parties shall contact the Court's systems department (312-435-6045) to coordinate any specific evidence presentation needs and schedule a date before trial to review the courtroom technology. Finally, for scheduling purposes, please notify the court reporter at least a week in advance of any need for realtime or rush trial transcripts. Mailed notice. (dm, ) (Entered: 02/08/2024) |
| 04/08/2024 | 93 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira : The Court has reviewed the Defendant's unopposed application for modification to the protective order 92 . The Court grants the motion. The Court expands the definition of "Defendants' counsel" to include the California attorneys. All other conditions of the protective order 52 remain in effect. Mailed notice. (dm, ) (Entered: 04/08/2024) |
| 06/11/2024 | 94 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira: Telephonic status hearing held. The Government and defense counsel appeared telephonically. Defendants' appearances were waived for today and the next status hearing. Government reported a trial has been reset for August 6, 2024 as to Defendants Girardi and Kamon in the Central District of California. Counsel for defendant Girardi reserves the right to move for a competency evaluation in this case despite the fact that defendant was found competent in the Central District of California. Telephonic status is continued to 9/12/24 at 9:00am. The call-in number is 866-434-5269; access code 3751971. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Without objection, time is excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)-(B) and United States v. O'Connor, No. 09-2476 (7th Cir. Sept. 1, 2011) until 9/12/2024 as to Defendant Girardi and until 3/3/25 at to Defendants Kamon and Lira. Mailed notice. (dm, ) (Entered: 06/11/2024) |
| 09/12/2024 | 95 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira: Telephonic status hearing held. The Government and defense counsel appeared telephonically. Defendants' appearances were waived for today and the next status |

| | | | |
|---|---|---|---|
| | | | hearing. Defense counsel reports that Mr. Kamon's trial has been severed from Mr. Girardi's trial in the Central District of California. Defendant Girardi had his jury trial in the Central District of California and was convicted the end of last month. Mr. Girardi's sentencing is set for early December. Defendant Kamon's first trial is set for October 2024 in the Central District of California. The Court Telephonic status is continued to 12/19/24 at 9:30am. The call-in number is 650-479-3207; access code 1801732451. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Without objection, time is excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)-(B) and United States v. O'Connor, No. 09-2476 (7th Cir. Sept. 1, 2011) until 12/19/2024 as to Defendant Girardi. Mailed notice. (jg, ) (Entered: 09/13/2024) |
| 12/05/2024 | 96 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, and David R. Lira: This matter is set for status on 12/19/24. Mr. Girardi is due to be sentenced on 12/20/24. Mr. Kamon has also requested an extension. The Court strikes the 12/19/24 status. Status set for 1/22/25 at 9:30am. Out of town counsel may appear telephonically using the following call-in info: 650-479-3207; Access code 1801732451. On that date the government should be prepared to report whether the case will be proceeding to trial against Girardi and Kamon. Without objection, time is excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)-(B) and United States v. O'Connor, No. 09-2476 (7th Cir. Sept. 1, 2011) until 1/22/2025 as to Defendant Girardi and until 3/3/25 at to Defendants Kamon and Lira. Mailed notice. (jg, ) (Entered: 12/05/2024) |
| 12/16/2024 | 97 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira: Defense counsel has inquired about trial availability later in the summer. The court is available for two weeks beginning 7/7/25. Status remains set 1/22/25 at 9:30 AM. Mailed notice. (exr, ) (Entered: 12/16/2024) |
| 12/16/2024 | 98 | ☐ | ATTORNEY Designation for USA of Jared Hasten (Hasten, Jared) (Entered: 12/16/2024) |
| 12/23/2024 | 99 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Christopher K. Kamon and David R. Lira: By agreement of the parties, jury trial is reset for 7/14/2025 at 09:00 AM. The Court will reserve two (2) weeks for trial, including jury selection. Final pretrial conference set for 6/30/2025 at 1:30 pm. The parties are directed to review and comply with Judge Rowland's standing order for criminal jury trials, which is available on Judge Rowland's webpage located on the Court's website at www.ilnd.uscourts.gov. All motions in limine and any Santiago motions due by 6/12/2025. Responses to motions in limine and Santiago motions due by 6/20/2025. The parties' joint pretrial statement, joint document regarding proposed voir dire questions, and joint document regarding proposed jury instructions and verdict forms due by 6/12/2025. By |

| | | | |
|---|---|---|---|
| | | | 6/13/2025, the parties must provide the Court a USB drive containing copies of the objected-to exhibits, as well as one USB or electronic storage device containing all proposed exhibits (whether objected to or not). After the pretrial conference and rulings on exhibits, parties are to provide the final, pre-marked exhibits along with an exhibit list on two USBs or two electronic storage devices to the Court by 7/1/2025. (Any required delivery should be to the courtroom deputy (Room 1226) by 5:00pm on the due date). Parties will be responsible for filing a final exhibit list on the docket at the close of evidence at trial. At least three weeks prior to trial, the parties shall contact the Court's systems department (312-435-6045) to coordinate any specific evidence presentation needs and schedule a date before trial to review the courtroom technology. Finally, for scheduling purposes, please notify the court reporter at least a week in advance of any need for realtime or rush trial transcripts. Status remains set 1/22/25 at 9:30 AM. Out of town counsel may appear telephonically using the following call-in info: 650-479-3207; Access code 1801732451. Without objection, time is excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)-(B) and United States v. O'Connor, No. 09-2476 (7th Cir. Sept. 1, 2011) until 7/14/25 at to Defendants Kamon and Lira. Mailed notice. (jg, ) (Entered: 12/23/2024) |
| 01/22/2025 | 102 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Christopher K. Kamon: Status hearing held. Government appeared in person; Defense counsel appeared by phone. Parties report that preliminary plea negotiations are ongoing. Defendant's sentencing in California set for early March 2025. Status hearing set for 5/15/25 at 9:30am. Defendant's appearance is waived. Defense counsel may appear by phone using the following call-in information: 650-479-3207; Access code 1801732451. Without objection, time previously excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)-(B) and United States v. O'Connor, No. 09-2476 (7th Cir. Sept. 1, 2011) until 7/14/25 at to Defendants Kamon and Lira. Mailed notice. (jg, ) (Entered: 01/23/2025) |
| 04/17/2025 | 105 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Christopher K. Kamon and David R. Lira: The status hearing previously set fort 5/15/25 at 9:30 AM is converted to a telephonic status hearing. Parties are to call 650-479-3207; Access code 1801732451. Defendants' appearances are waived. Without objection, time previously excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)-(B) and United States v. O'Connor, No. 09-2476 (7th Cir. Sept. 1, 2011) until 7/14/25 at to Defendants Kamon and Lira. Mailed notice. (jg, ) (Entered: 04/17/2025) |
| 04/25/2025 | 117 | ☐ | Attorney Withdrawal by USA as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira (Rubenstein, Corey) (Entered: 04/25/2025) |
| 04/28/2025 | 118 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, and David R. Lira: The Court has received Attorney Corey Rubenstein's notice of withdrawal 117 . Attorney Rubenstein is terminated as counsel of record. Telephonic status hearing set for co-defendants on 5/15/25. The government is to be prepared to |

| | | | |
|---|---|---|---|
| | | | report whether it will be proceeding against Mr. Girardi at the upcoming trial. Mailed notice. (jg, ) (Entered: 04/28/2025) |
| 05/07/2025 | 121 | ☐ | MOTION by Christopher K. Kamon for order *PERMITTING APPEARANCE BY TELECONFERENCE FOR CHANGE OF PLEA AND SENTENCING*<br><br>(Attachments: # 1 Unsigned Waiver of Physical Presence)(Severo, Michael) (Entered: 05/07/2025) |
| 05/15/2025 | 128 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Christopher K. Kamon: Telephonic status hearing held. Parties report on the status of the case. Status hearing set for 5/22/25 at 9:30am. Parties are to be prepared to report on the use of the PSR from California and a calculation of the guidelines applicable to this case by the probation office prior to the guilty plea. Change of plea and sentencing set for 7/9/25 at 10:00am. Time previously excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)-(B) and United States v. O'Connor, No. 09-2476 (7th Cir. Sept. 1, 2011) until 7/14/25 at to Defendants Kamon and Lira. Mailed notice. (jg, ) (Entered: 05/15/2025) |
| 05/22/2025 | 133 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Christopher K. Kamon: Status hearing held. Parties report they are ready to move forward with the change of plea and sentencing on 7/9/25. Government to send a copy of the plea agreement to the court's proposed order mailbox at proposed_order_rowland@ilnd.uscourts.gov by 7/3/25. Kamon's motion to appear by teleconference for change of plea and sentencing 121 Is denied. Mailed notice. (jg, ) (Entered: 05/23/2025) |
| 05/22/2025 | 135 | ☐ | ORDER as to Christopher K. Kamon: The Court, considering the agreement of the parties, directs the United States Probation Office to prepare a pre-plea investigation report, which shall include an assessment of the defendant's advisory guidelines range under the United States Sentencing Guidelines based on information provided by the parties. Signed by the Honorable Mary M. Rowland on 5/22/25. Mailed notice. (jg, ) (Entered: 05/23/2025) |
| 05/22/2025 | 136 | ☐ | ORDER as to Christopher K. Kamon: The Court, considering the agreement of the parties, directs the United States Probation Office to disclose a copy of the defendant, Christopher Kamon's, Presentence Investigation Report and the Supplemental Presentence Investigation Report prepared in United States v. Christopher Kamon, No. 2:23 CR 47-2 in the U.S. District for the Central District of California to the Court and the government in the present matter. Signed by the Honorable Mary M. Rowland on 5/22/25. Mailed notice. (jg, ) (Entered: 05/23/2025) |
| 06/09/2025 | 🔒 | | (Court only) Terminate Deadlines and Hearings as to David R. Lira:, ***Motions terminated as to David R. Lira (jg, ) (Entered: 06/09/2025) |
| 06/13/2025 | 146 | | PRESENTENCE Investigation Report as to Christopher K. Kamon (SEALED) (Roman, Anjelica) (Entered: 06/13/2025) |
| 06/30/2025 | 147 | ☐ | SENTENCING MEMORANDUM as to Christopher K. Kamon (Severo, Michael) (Entered: 06/30/2025) |
| 06/30/2025 | 148 | ☐ | MOTION by Christopher K. Kamon to seal document *Exhibits A through C to Defendant Christopher Kamon's Sentencing Memorandum* |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Exhibit A - Protective Order in U.S. v. Kamon, (C.D. Cal. 2:23-CR-47-JLS), # 2 Text of Proposed Order)(Severo, Michael) (Entered: 06/30/2025) |
| 06/30/2025 | 149 | | SEALED Document *Exhibits A through C to Defendant Christopher Kamon's Sentencing Memorandum* (Attachments: # 1 Exhibit A - Defendant Christopher Kamon's Proffers, # 2 Exhibit B - Excerpt of George Hatcher Interview, # 3 Exhibit C - N.D. Ill. Order Re: Minor's Settlement; GK Disbursement Memorandum; GK Closing Statement Re: Case)(Severo, Michael) (Entered: 06/30/2025) |
| 07/01/2025 | 151 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Christopher K. Kamon: The Court grants Defendant's motion to seal 148 . Mailed notice. (jg, ) (Entered: 07/01/2025) |
| 07/02/2025 | 152 | ☐ | SENTENCING MEMORANDUM as to Christopher K. Kamon (Hasten, Jared) (Entered: 07/02/2025) |
| 07/07/2025 | 153 | ☐ | LETTER from Defendant Christopher K. Kamon dated July 7, 2025 . (Attachments: # 1 Defendant's Letter)(Severo, Michael) (Entered: 07/07/2025) |
| 07/07/2025 | 154 | ☐ | LETTER . (Attachments: # 1 Defendant's Character Letters written by family and friends.)(Severo, Michael) (Entered: 07/07/2025) |
| 07/09/2025 | 155 | ☐ | MINUTE entry before the Honorable Mary M. Rowland as to Christopher K. Kamon: Change of plea hearing and sentencing hearing held and continued to 7/14/25 at 10:15am. Without objection, time previously excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)-(B) and United States v. O'Connor, No. 09-2476 (7th Cir. Sept. 1, 2011) until 7/14/25 at to Defendants Kamon and Lira. Mailed notice. (jg, ) (Entered: 07/09/2025) |
| 07/10/2025 | 156 | ☐ | SUPPLEMENT by USA to sentencing memorandum 152 (Hasten, Jared) (Entered: 07/10/2025) |
| 07/10/2025 | 157 | | SEALED Document (Hasten, Jared) (Entered: 07/10/2025) |
| 07/14/2025 | 158 | | PRESENTENCE Investigation Report (Corrected) as to Christopher K. Kamon (SEALED) (Vinyard, Samuel) (Entered: 07/14/2025) |
| 07/14/2025 | 159 | | STATEMENT of Correction as to Christopher K. Kamon (SEALED) (Vinyard, Samuel) (Entered: 07/14/2025) |
| 07/14/2025 | 160 | ☐ | ORDER as to Christopher K. Kamon: Change of plea hearing held. The Government, defense counsel, and defendant were present in court. Based on a written plea agreement, Defendant entered a plea of guilty to Count Three of the Superseding Indictment. The Court found that Defendant is competent, has had the assistance of counsel, understands the charges and the maximum penalties, knows his trial rights, and is entering the plea voluntarily. There is a factual basis for the plea. The Court accepted Defendant's plea of guilty to Count Three of the Superseding Indictment and enters a finding of guilt. Enter Plea Agreement. Sentencing hearing held. Judgment to follow. Signed by the Honorable Mary M. Rowland on 7/14/2025. Mailed notice (bi, ) (Entered: 07/15/2025) |

| | | | |
|---|---|---|---|
| 07/14/2025 | 161 | ☐ | PLEA Agreement as to Christopher K. Kamon (bi, ) (Entered: 07/15/2025) |
| 07/14/2025 | | | (Court only) ***Procedural Interval start (P6) count 3s and (P9) counts 1-12, 1s, 2s, and 4s-12s as to Christopher K. Kamon (bi, ) (Entered: 07/18/2025) |
| 07/18/2025 | 162 | ☐ | JUDGMENT (Sentencing Order) as to Christopher K. Kamon (2), Count(s) 3s, The defendant: pleaded guilty to count(s) 3s of the Superseding Indictment. Count(s) 1-12, 1s, 2s, and 4s-12s dismissed on the motion of the United States. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Sixty-five (65) months as to count 3s of the Superseding Indictment. Term to run concurrent with the sentences imposed in Central District of California Docket Nos. 2:23CR24-1 and 2:23CR47-2. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: No Term of Supervised Release Imposed. Criminal Monetary Penalties. Schedule of Payments., (Terminated defendant Christopher K. Kamon). Signed by the Honorable Mary M. Rowland on 7/18/2025. Mailed notice (bi, ) (Entered: 07/18/2025) |
| 07/18/2025 | 163 | | STATEMENT of Reasons as to Christopher K. Kamon (SEALED) (bi, ) (Entered: 07/18/2025) |
| 07/18/2025 | | | JUDGMENT and Commitment as to Christopher K. Kamon issued to U.S. Marshal via e-mail in PDF format. (bi, ) (Entered: 07/18/2025) |
| 07/18/2025 | | | FORWARDED certified copy of Judgment (Sentencing Order) to the Docketing Department of the U.S. Attorney's Office and the U.S. District Court's Fiscal Department as to Christopher K. Kamon (bi, ) (Entered: 07/18/2025) |
| 08/01/2025 | 164 | ☐ | NOTICE OF APPEAL by Christopher K. Kamon Filing fee $ 605, receipt number AILNDC-23831231 Receipt number: No (Severo, Michael) (Entered: 08/01/2025) |
| 08/04/2025 | 165 | ☐ | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 164 . (jh, ) (Entered: 08/04/2025) |

View Selected
or
Download Selected