# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 9, 2026

*By the Court*:

No. 25-2328

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff - Appellee,<br><br>    v.<br><br>CHRISTOPHER K. KAMON,<br>    Defendant - Appellant. | Appeal from the United<br>States District Court for<br>the Northern District of Illinois,<br>Eastern Division.<br><br>No. 1:23-cr-00054-2<br><br>Mary M. Rowland,<br>*Judge.* |

    This comes before the court on consideration of defendant-appellant Christopher K. Kamon's Motion for Appointment of Counsel on Appeal *in Forma Pauperis* filed on December 15, 2025, and renewed after denial by the district court in a Status Report filed January 20, 2026.

    **IT IS ORDERED** that the motion is **GRANTED**, and defendant-appellant Christopher K. Kamon is permitted to proceed on appeal *in forma pauperis*.

    **IT IS FURTHER ORDERED** that the Request of Counsel to Withdraw, filed by attorney Michael V. Severo on October 13, 2025, is **GRANTED**. Attorney Severo is **DISCHARGED** from further responsibility for this appeal.

    **IT IS ALSO FURTHER ORDERED** that Thomas W. Patton, Chief Federal Defender, 401 Main Street, Peoria, IL, 61602, Thomas_Patton@fd.org, is appointed to represent defendant-appellant Marco Sole. Counsel is directed to contact the defendant-appellant immediately.

    Briefing shall proceed as follows:

1.     Defendant-appellant shall file his brief and required short appendix on or before May 11, 2026.

    2.        Plaintiff-appellee shall file its brief on or before June 10, 2026.

    3.        Defendant-appellant shall file his reply brief, if any, on or before July 1, 2026.

**IT IS FINALLY ORDERED** that the District Court shall add attorney Thomas W. Patton to their CM/ECF database for purposes of accessing District Court documents.

Important Scheduling Notice !
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).