No. 25-2328

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>vs.<br><br>CHRISTOPHER KAMON,<br><br>Defendant-Appellant. | Appeal from the United States District Court for the Northern District of Illinois<br><br>Case No. 1:23-cr-00054-2<br><br>Hon. Mary M. Rowland, United States District Judge, Presiding. |

**MOTION FOR EXTENSION OF TIME**
**TO FILE DEFENDANT-APPELLANT'S BRIEF**

Now comes the Defendant-Appellant Christopher Kamon, by his attorney, and pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26, moves this Court for the entry of an order granting an extension of time up to and including August 10, 2026, to file the Defendant-Appellant's brief in the above-entitled case currently due for filing on July 10, 2026. In support thereof, counsel submits the attached affidavit. Current counsel has filed two previous motions for extension of time in this case.

CHRISTOPHER KAMON
Defendant-Appellant

s/ Johanna M. Christiansen
JOHANNA M. CHRISTIANSEN
Assistant Federal Public Defender
Office of the Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
Email: Johanna_Christiansen@fd.org
Counsel for Defendant-Appellant

STATE OF ILLINOIS )
) SS
COUNTY OF PEORIA )

**AFFIDAVIT OF COUNSEL**

JOHANNA M. CHRISTIANSEN, being first duly sworn on oath, deposes and states as follows:

1. The Federal Public Defender for the Central District of Illinois, Thomas W. Patton, is the attorney appointed to represent the Defendant-Appellant Christopher Kamon in Cause Number 25-2328 that is currently pending before the United States Court of Appeals for the Seventh Circuit and I, Johanna M. Christiansen, am an attorney with the Federal Public Defender for the Central District of Illinois who is primarily responsible for the Defendant-Appellant's appeal.

2. On February 9, 2026, this Court appointed the Federal Public Defender for the Central District of Illinois to represent Mr. Kamon on appeal.

3. Since being appointed, counsel has obtained the record on appeal, the relevant transcripts, and the presentence investigation report.

4. In addition to her other duties as an Assistant Federal Public Defender, counsel has been involved with the following matters which have occupied a substantial amount of time in the last 30 days:

a. *United States v. Glenn Bowden,* Case Number 25-2297, Reply Brief filed on June 2, 2026;

b. *United States v. Reggie Johnson,* Case Number 24-1747, Opening Brief filed on June 18, 2026;

c. *United States v. Naquon Phillips,* Case Number 24-1601, Opening Brief filed on June 18, 2026;

d. *United States v. Carnail Jones,* Case Number 23-1316, Brief filed on June 18, 2026;

e. *United States v. Joshua Stearman,* Case Number 25-2331, Brief filed on June 26, 2026;

f. *United States v. Eddie Smith,* Case Number 24-2883, Reply Brief to be filed on or before July 7, 2026;

5. Counsel will give this matter her utmost attention and file Mr. Kamon's brief on or before the date requested in the motion for extension of time.

s/ Johanna M. Christiansen
JOHANNA M. CHRISTIANSEN

Under penalty of perjury, the undersigned attorney declares that the contents of the foregoing affidavit are true and correct to the best of her knowledge and belief.

Date: July 2, 2026

s/ Johanna M. Christiansen
JOHANNA M. CHRISTIANSEN