No. 25-2328

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>vs.<br><br>CHRISTOPHER KAMON,<br><br>Defendant-Appellant. | Appeal from the United States District Court for the Northern District of Illinois<br><br>Case No. 1:23-cr-00054-2<br><br>Hon. Mary M. Rowland,<br>United States District Judge,<br>Presiding. |

**MOTION TO DISMISS APPEAL**

Now comes the Defendant-Appellant Christopher Kamon, by his attorney, and pursuant to Federal Rule of Appellate Procedure 42(b) and Circuit Rule 51(f), moves this Court for the entry of an order dismissing, with prejudice, the Defendant-Appellant's appeal in the above-entitled case. Submitted herewith is the Defendant-Appellant's written acknowledgment of the undersigned counsel's motion for dismissal and consent to the dismissal of this appeal as required by Circuit Rule 51(f).

CHRISTOPHER KAMON
Defendant-Appellant

s/ Johanna M. Christiansen
JOHANNA M. CHRISTIANSEN
Assistant Federal Public Defender
Office of the Federal Public Defender

401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
Email: Johanna_Christiansen@fd.org
Counsel for Defendant-Appellant